**Opinion issued July 24, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-14-00364-CV

―――――――――――――

### LAKEITH AMIR-SHARIF, Appellant

### V.

### ANGELA D. ALLEN, FRANKIE L. REESCANO, AND RICK C. THALER, Appellees

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Case No. 67247I

## MEMORANDUM OPINION

Appellant, Lakeith Amir-Sharif, has filed a motion to voluntarily dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant failed to include a

certificate of conference in his motion, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.


**PER CURIAM**


Panel consists of Justices Jennings, Bland, and Massengale.